441 A.2d 445

Stine et al., Appellants v. Lobb et al. v. Stine.

Submitted January 13, 1981. Timothy E. Durant, for appellants; Joseph J. Lee, for appellees.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.

441 A.2d 446

Waisel v. Berger, Appellant.

Argued December 2, 1980. Richard C. Angino, for appellant; Richard W. Cleckner, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Affirmed.